UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:09-cv-00268-JES-SPC

ALBERTO GARCIA and
MARIA GARCIA, wife,

      Plaintiffs,

v.

AMERICAN SECURITY INSURANCE
COMPANY,

      Defendant.

_____/

### PLAINTIFFS' MOTION TO ENFORCE NON-PARTY DEPOSITION OR IN THE ALTERNATIVE, FOR CONTEMPT

COME NOW the Plaintiffs, ALBERTO GARCIA and MARIA GARCIA ("GARCIA") by and through undersigned counsel, hereby file this Motion for Enforcement of Subpoena or in the Alternative, for Contempt pursuant to Rule 45(e), Federal Rules of Civil Procedure, against non-party, Ocwen Loan Servicing, LLC ("Ocwen"), and in support state the following:

1.      On or about April 7, 2010, Plaintiffs, GARCIA served non-party, Ocwen with a Subpoena for Deposition Duces Tecum (Verified Return of Service and Subpoena attached herein as composite Exhibit "A").

2.      A representative from Ocwen failed to appear at the scheduled deposition, failed to produce any documents requested and failed to object to the subpoena on any grounds within 14 days after service.

3.      Moreover, the documents that Plaintiffs requested be produced by Ocwen were not

1

privileged, vague, overly burdensome or expensive to produce.

4.      Although, counsel for Ocwen contacted undersigned counsel through e-mail regarding the subpoena, Ocwen failed to adequately discuss and resolve Ocwen's required compliance with the subpoena.

5.      Ocwen failed to obey the Subpoena for Deposition Duces Tecum that was served upon it without adequate excuse; therefore, Ocwen may be deemed in contempt of court, pursuant to Rule 45(e), Federal Rules of Civil Procedure. See Certificate of Non-Appearance attached hereto as Exhibit "B."

6.      Plaintiffs, GARCIA needs to take Ocwen's deposition and require the subpoenaed documents to adequately proceed with their case.

WHEREFORE, Plaintiffs, GARCIA pray that this Honorable Court enter an order granting Plaintiffs' Motion to Enforce Subpoena for Deposition Duces Tecum and to Produce the Requested Documents or in the Alternative, for Contempt against Ocwen.

## MEMORANDUM OF LAW

On or about April 7, 2010, Plaintiffs, GARCIA served non-party, Ocwen with a Subpoena for Deposition Duces Tecum.  The corporate representative from Ocwen with most knowledge of the Loan was required to appear at the deposition as commanded in the subpoena pursuant to Rule 45(a)(1)(B) and  produce the subject documents pursuant to Rule 45(d)(1), Federal Rules of Civil Procedure or file written objections to the subpoena within  14 days after service of the subpoena, pursuant to Rule 45(c)(2)(B), Federal Rules of Civil Procedure.  As of the date of the filing of this motion, Ocwen failed to appear at the deposition, failed to produce the requested documents and failed to serve Plaintiffs with its written objections within  14 days after service of the subpoena.

Failure to obey a subpoena without adequate excuse may be deemed a contempt of court. Rule 45(e) Federal Rules of Civil Procedure.  See also Madeline, LLC v. Street, (Slip Op) WL 1563526 * 2 (No. 09-80705-MC) (June 3, 2009)(S.D. Fla. 2009); Hernandez v. Tregea, WL 3157192 * 3 (No. 2:07-cv-149-FtM-34SPC) (Aug. 4, 2008).  Additionally, Defendant's failure to raise any objections to the subpoena within 14 days of service of same results in a waiver of any objections. Madeline, WL 1563526 at *1.


<u>CERTIFICATION OF COUNSEL</u>

I HEREBY CERTIFY that in accordance with Local Rule 3.01(g), Plaintiffs, GARCIA'S counsel has attempted, in good faith, to resolve the issues raised in Plaintiffs' motion with the Defendant's counsel and Defendant's counsel has not objected to the motion or relief requested therein. The non-party witness has not yet responded.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 20, 2010, I electronically filed the foregoing document with the Clerk of the Court, and served same on Sara Levy, Esq., GREENBERG, TRAURIG, P.A., 401East Las Olas Blvd., Suite 2000, Fort Lauderdale, Florida 33301, via  Notice of Electronic Filing and on Ocwen Loan Servicing, LLC c/o HOUSER & ALLISON, APC, 9970 Research Drive, Irvine, CA 92618 and Ocwen Loan Servicing, LLC, Post office Box 6723, Springfield, OH 45501 (both by regular and certified mail RRR).

HAROLD B. KLITE TRUPPMAN, P.A.
Attorney for Plaintiffs
28 West Flagler Street, Suite 201
Miami, Florida  33130
(305) 374-7974; Fax:  (305) 374-3375

s/Harold B. Klite Truppman
By:_____
 HAROLD B. KLITE TRUPPMAN, ESQ.
 Fla. Bar No.: 0856126

4