UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERTO GARCIA; MARIA GARCIA wife,

        Plaintiffs,

-vs-                                  Case No. 2:09-cv-268-FtM-29SPC

AMERICAN SECURITY INSURANCE
COMPANY,

        Defendant.
_____

**ORDER**

This matter comes before the Court on Plaintiffs' Joint Motion for Extension of Time to Respond to Defendant's Motion for Partial Summary Judgment and Defendant's Motion to Exclude Expert Testimony of William A. Walker and Incorporated Memorandum of Law (Doc. #32) filed on June 14, 2010. The parties state that they are close to a potential settlement in this case and make a joint request for additional time to complete depositions and settlement negotiations. Thus, for good cause shown it appears the Motion for Extension of Time to Respond to Defendant's Motion for Partial Summary Judgment is due to be granted. On June 14, 2010, Plaintiffs filed a Response in Opposition to Defendant's Motion to Exclude Expert Testimony of William A. Walker (Doc. #33). Thus, the request for extension of time to respond to Defendant's Motion to Exclude is now moot.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Joint Motion for Extension of Time to Respond to Defendant's Motion for Partial Summary Judgment and Defendant's Motion to Exclude Expert Testimony of William A. Walker and Incorporated Memorandum of Law (Doc. #32) is **GRANTED** in part and **DENIED** in part. Plaintiffs may have until **July 6, 2010** to respond to Defendant's Motion for Partial Summary Judgment. Plaintiffs' request for additional time to respond to Defendant's Motion to Exclude Expert Testimony of William A. Walker and Incorporated Memorandum of Law is denied as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this ___16th___ day of June, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record